1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JUAN URIEL TORRES-MORFIN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:08-cr-00326 AWI
                                     )
12                 Plaintiff,        )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE HEARING; ORDER
13         v.                        )
                                     )
14  JUAN URIEL TORRES-MORFIN,        )   Date:   November 24, 2008
                                     )   Time:   9:00 a.m.
15                 Defendant.        )   Judge: Hon. Anthony W. Ishii
                                     )
16  _____ )

17

18         **IT IS HEREBY STIPULATED**, by and between the parties hereto and through their

19  respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20  November 17, 2008, **may be continued to November 24, 2008 at 9:00 a.m.**

21         This continuance is requested by counsel for defendant to allow additional time for plea

22  negotiations and defense preparation.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The time requested is for good cause,  to conclude negotiations, and in the interest of justice.

2    18 U.S.C.  § 3161(h)(8)(A).

3

4                                                    McGREGOR M. SCOTT
                                                     United States Attorney

5

6    DATED: November 12, 2008              By   /s/ Ian Garriques
                                                 IAN GARRIQUES

7                                                Assistant United States Attorney
                                                 Attorney for Plaintiff

8

9                                                    DANIEL J. BRODERICK
                                                     Federal Defender

10

11

12   DATED: November 12, 2008              By   /s/ Melody M. Walcott
                                                 MELODY M. WALCOTT

13                                               Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JUAN URIEL TORRES-MORFIN

14

15                                 **ORDER**

16       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

17

18   IT IS SO ORDERED.

19   **Dated:    November 12, 2008              /s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                -2-